IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BAYOU VISTA, LLC                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:16CV301-NBB-RP

THE CITY OF OXFORD, MISSISSIPPI                                                           DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss is **GRANTED**, and this case is closed.

This, the 27th day of March, 2018.

                                                          /s/ Neal Biggers
                                                          NEAL B. BIGGERS, JR.
                                                          UNITED STATES DISTRICT JUDGE